IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| JODY HORMAN, | 08-28341 JAB |
| Debtor. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**          **CHECK AMOUNT**

Internal Revenue Service                                    $0.11
PO Box 21126
Philadelphia, PA  19114

The address listed above constitutes the last known address in question. The check in the amount of $0.11 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this ___ day of December, 2009.

_____
Duane H. Gillman, Trustee

FILED IN THE UNITED STATES BANKRUPTCY COURT
2009 DEC 18 PM 1:44
DISTRICT OF UTAH

SLC_516182.1